IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WM. C. PLOUFFE, JR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 11-6390 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL GAMBONE, STEVE HICKS, | : | |
| JULIE REESE, ASSOCIATION OF | : | |
| PENNSYLVANIA STATE COLLEGE & | : | |
| UNIVERSITY FACULTIES, JOHN DOES, | : | |
| in their individual capacity and her official | : | |
| capacity as an APSCUF member, agent, | : | |
| representative, officer, supervisor, | : | |
| employee, and/or policymaker of APSCUF, | : | |
| PIETRO TOGGIA, MARK RENZEMA, | : | |
| and JONATHAN KREMSER, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of April, 2016, after considering the motion for summary judgment filed by the defendants (Doc. No. 117), the response to the motion filed by the plaintiff (Doc. No. 169), and the record developed through summary judgment motion practice, and after hearing argument from the parties, accordingly, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion (Doc. No. 117) is **GRANTED** and judgment is **ENTERED** in favor of the defendants and against the plaintiff on all remaining claims.

**IT IS FURTHER ORDERED** as follows:

1.  The motion to quash filed by the defendants (Doc. No. 184) is **DENIED**;

2. The motion to recuse filed by the plaintiff (Doc. No. 240) is **DENIED**. The part of the motion that concerns a request for a continuance of a previously-set trial date is **DENIED AS MOOT**;

3. The motion for sanctions filed by the plaintiff (Doc. No. 248) is **DENIED**. The part of the motion that concerns a request for free transcripts is **DENIED AS MOOT** as the court has already granted the plaintiff's request for free transcripts of all future proceedings, *see* Order, Doc. No. 260;

4. The amended motion to recuse filed by the plaintiff (Doc. No. 249) is **DENIED**. The part of the motion that concerns a request for a continuance of a previously-set trial date is **DENIED AS MOOT**;

5. The renewed motion for a stay, renewed motion for free transcripts, renewed motion for summary judgment ruling on submitted evidence, and motion for an extension of time to obtain an attorney filed by the plaintiff (Doc. No. 257) is **DENIED**. The court has already granted the plaintiff's request for free transcripts of all future proceedings. The court also unconditionally stayed this matter to provide the plaintiff with an opportunity to secure counsel, *see* Order, Doc. No. 260;

6. The second amended motion to recuse filed by the plaintiff (Doc. No. 266) is **DENIED**; and

7. The motion for service of process filed by the plaintiff (Doc. No. 274) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the clerk of court is **DIRECTED** to return this matter to the court's active docket and mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.